1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:  matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; UMG
7  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; and
8  INTERSCOPE RECORDS
9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12

13  ARISTA RECORDS LLC, a Delaware limited      CASE NO. 08 1041
    liability company; UMG RECORDINGS, INC.,
14  a Delaware corporation; SONY BMG MUSIC      [PROPOSED] ORDER GRANTING *EX
    ENTERTAINMENT, a Delaware general           PARTE* APPLICATION FOR LEAVE TO
15  partnership; and INTERSCOPE RECORDS, a      TAKE IMMEDIATE DISCOVERY
16  California general partnership,
                    Plaintiffs,
17
18       v.

19  JOHN DOE,
                    Defendant.
20

21
22
23
24
25
26
27
28

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#35750 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa
4  Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5  documents that identify Defendant John Doe, including the name, current (and permanent) address
6  and telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7  disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

Dated: _____     By: _____
                                      United States District Judge