RECEIVED

FEB 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   Matthew Franklin Jaksa (CA State Bar No. 248072)
    HOLME ROBERTS & OWEN LLP
2   560 Mission Street, 25th Floor
3   San Francisco, CA 94105-2994
    Telephone:   (415) 268-2000
4   Facsimile:   (415) 268-1999
    Email:       matt.jaksa@hro.com
5
6   Attorneys for Plaintiffs,
    ARISTA RECORDS LLC; UMG
7   RECORDINGS, INC.; SONY BMG
    MUSIC ENTERTAINMENT; and
8   INTERSCOPE RECORDS
9

E-filing

JCS

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11
12
13   ARISTA RECORDS LLC, a Delaware limited          CASE NO. 08         1041
     liability company; UMG RECORDINGS, INC.,
14   a Delaware corporation; SONY BMG MUSIC          [PROPOSED] ORDER GRANTING EX
     ENTERTAINMENT, a Delaware general               PARTE APPLICATION FOR LEAVE TO
15   partnership; and INTERSCOPE RECORDS, a          TAKE IMMEDIATE DISCOVERY
     California general partnership,
16                          Plaintiffs,
17
18        v.
19   JOHN DOE,
                            Defendant.
20
21
22
23
24
25
26
27
28

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3    ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa

4   Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks

5   documents that identify Defendant John Doe, including the name, current (and permanent) address

6   and telephone number, e-mail address, and Media Access Control addresses for Defendant.  The

7   disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

9   the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

10  under the Copyright Act.

11

12

13

14  Dated:  _____March 3, 2008_____        By:  _____

15                                                Judge Joseph C. Spero

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#35750 v1