**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                                415.522.2000

**March 10, 2008**

**CASE NUMBER:  CV 08-01041 JCS**
**CASE TITLE:  ARISTA RECORDS-v-JOHN DOE**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SAMUEL CONTI** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/10/08

                                                    FOR THE EXECUTIVE COMMITTEE:

                                                    _____*Richard W. Wieking*_____
                                                                                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                        Entered in Computer 3/10/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA