Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; UMG
RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; and
INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>DARRYL HORVAT,<br><br>Defendant. | CASE NO. 3:08-01041-SC<br><br>**The Honorable Samuel Conti**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs respectfully request that the Court continue the case management conference currently set for June 6, 2008 at 10:00 a.m. to September 5, 2008. As set forth in greater detail below, the original John Doe complaint in this matter was amended to name Defendant Darryl Horvat on the date of this filing, and Defendant accordingly has not yet been served with process or appeared in this action.

1. Plaintiffs have not requested any previous continuances of the case management conference in this matter.

2. Plaintiffs filed the initial Complaint for Copyright Infringement in this matter against a Doe defendant on February 21, 2008. Plaintiffs did not have sufficient identifying information to name the defendant in the Complaint, but were able to identify the Doe defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").

3. In order to determine the Doe defendant's true identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on February 21, 2008, seeking the Court's permission to serve a Rule 45 subpoena on the ISP.

4. The Court entered an Order for Leave to take Immediate Discovery on March 3, 2008, which was served upon the ISP along with a Rule 45 subpoena. On April 16, 2008, the ISP responded to Plaintiffs' subpoena, identifying the defendant, Darryl Horvat.

5. Plaintiffs then sent Mr. Horvat written notification of their copyright infringement claim, inviting Mr. Horvat to contact Plaintiffs and attempt to resolve the dispute. The parties discussed settlement, but were unable to reach a settlement of this matter.

6. Accordingly, along with this request, Plaintiffs have filed their First Amended Complaint, amending the initial John Doe complaint to name Darryl Horvat, individually, as Defendant. Once Summons is issued, Plaintiffs will engage a process server to serve process on Defendant.

7. Because Defendant has not yet been served or appeared in this action, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for June 6, 2008 at 10:00 a.m. to September 5, 2008, to allow time for service of process, for Defendant to prepare and file an answer,

1  and for the parties to meet and confer and file a joint case management statement in advance of the
2  case management conference.

3

4  Dated: May 27, 2008                                          HOLME ROBERTS & OWEN LLP

5

6                                                               By: _____/s/ Matthew Franklin Jaksa____
                                                                     MATTHEW FRANKLIN JAKSA
7                                                                    Attorney for Plaintiffs

8

9

10                                      [PROPOSED] ORDER
11
       Good cause having been shown:
12
       **IT IS ORDERED** that the case management conference currently set for June 6, 2008 at
13
   10:00 a.m. be continued to September 5, 2008.
14

15

16

17  Dated:  6/4/08                              By: _____
18                                                   Honorable
                                                     United States District Judge
19                                                   Judge Samuel Conti

20

*IT IS SO ORDERED*

21

22

23

24

25

26

27

28

3

EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:08-01041-SC
#37898 v1