Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:          dawniell.zavala@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DARRYL HORVAT,<br><br>　　　　　　　Defendant. | CASE NO. 3:08-01041-SC<br><br>**Honorable Samuel Conti**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [** ~~PROPOSED~~ **] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for September 5, 2008, at 10:00 a.m., to November 7, 2008.  As further explained below, Defendant Darryl Horvat ("Defendant") has not appeared in this action.  Therefore, a case management conference is unnecessary at this time.

1. Plaintiffs have previously requested and the court has granted one continuance of the case management conference in this matter.

2. Plaintiffs initially filed the Complaint in this matter against a John Doe defendant.  In order to discover the Doe defendant's true identity, Plaintiffs also filed an *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP"), in this case the University of California, Santa Cruz.  Once the court granted the discovery order, Plaintiffs then served a subpoena on the ISP, which thereafter identified the Defendant, Darryl Horvat.

3. Once the ISP identified Defendant, Plaintiffs sent him a letter on April 29, 2008 notifying him of Plaintiffs' claims and encouraging him to contact Plaintiffs and attempt to amicably resolve this matter.  Although Defendant responded to this letter on May 8, 2008, and Plaintiffs offered to settle this matter, no settlement agreement was reached.  Accordingly, on May 27, 2008, Plaintiffs filed the First Amended Complaint naming Mr. Horvat individually as the Defendant.

4. Defendant was served with process on August 3, 2008, by substitute service.  Defendant has not answered or otherwise responded to the Complaint.  Accordingly, if Defendant does not respond to this action by September 5, 2008, Plaintiffs will file a request for entry of clerk's default at that time.

5. Given the circumstances of this case, there is no need for a case management conference at this time.  Therefore, Plaintiffs respectfully request that the Court continue the case

1

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:08-01041-SC
#39704 v1 saf

management conference from September 5, 2008, at 10:00 a.m., to November 7, 2008, or such other date as conveniences the Court.

Dated:  August 28, 2008                    HOLME ROBERTS & OWEN LLP


By:  _____/s/ Dawniell Alise Zavala____
       DAWNIELL ALISE ZAVALA
       Attorney for Plaintiffs


## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for September 5, 2008, at 10:00 a.m., be continued to November 7, 2008.

Dated:  9/2/08                    By:  _____
                                        Honorable Samuel Conti
                                        United States District Judge

*[IT IS SO ORDERED — Judge Samuel Conti, United States District Court, Northern District of California]*