Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>DARRYL HORVAT,<br><br>Defendant. | CASE NO. 3:08-01041-SC<br><br>**Honorable Samuel Conti**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1 | Plaintiffs, through their counsel, and Defendant, hereby request that this Court continue the case management conference scheduled for November 14, 2008 at 10:00 a.m. to January 16, 2009. The parties are in the process of negotiating a settlement in this matter and are hopeful that a settlement will be reached in the near future.  Thus, no status conference need be completed at the date scheduled.

   IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and Defendant, that the status conference currently set for November 14, 2008 at 10:00 a.m. be continued until January 16, 2009.

DATED: _____            DAWNIELL ALISE ZAVALA
                                        HOLME ROBERTS & OWEN LLP


                                        By: _____
                                            Dawniell Alise Zavala
                                            Attorney for Plaintiffs


DATED: _____            DARRYL HORVAT


                                        By: _____
                                            Darryl Horvat


**IT IS SO ORDERED:**


Dated: _____                By: _____
                                            Honorable Sanuel Conti
                                            United States District Judge

---

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. 3:08-CV-01041-SC
#40985 v1 saf

1   Plaintiffs, through their counsel, and Defendant, hereby request that this Court continue the
2   case management conference scheduled for November 14, 2008 at 10:00 a.m. to January 16, 2009.
3   The parties are in the process of negotiating a settlement in this matter and are hopeful that a
4   settlement will be reached in the near future. Thus, no status conference need be completed at the
5   date scheduled.

6       IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and
7   Defendant, that the status conference currently set for November 14, 2008 at 10:00 a.m. be
8   continued until ~~January 16, 2009~~. February 6, 2009 at 10:00 a.m.

10  DATED: 11/13/08          DAWNIELL ALISE ZAVALA
11                           HOLME ROBERTS & OWEN, LLP

13                           By: _____
14                               Dawniell Alise Zavala
                                 Attorney for Plaintiffs

16  DATED: 11-13-2008        DARRYL HORVAT

18                           By: _____
19                               Darryl Horvat

22  IT IS SO ORDERED:
24  Dated: 11/14/08
                             By: _____
                                 Honorable Judge Samuel Conti
                                 United States District Judge

                                8
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. 3:08-CV-01041-SC
#40985 v1 saf

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On November 13, 2008, I served the foregoing documents described as:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Darryl Horvat
502 Sycamore Circle
Palm Springs, CA 92262

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 13, 2008 at San Francisco, California.

*Della Grant*

_____
Della Grant

2

POS
Case No. 3:08-cv-01041-SC
40909 v1