1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; UMG
7  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; and
8  INTERSCOPE RECORDS
9
10                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                    SAN FRANCISCO DIVISION
12
13  ARISTA RECORDS LLC, a Delaware limited        CASE NO. 3:08-01041-SC
    liability company; UMG RECORDINGS, INC.,
14  a Delaware corporation; SONY BMG MUSIC       **Honorable Samuel Conti**
    ENTERTAINMENT, a Delaware general
15  partnership; and INTERSCOPE RECORDS, a       **STIPULATION TO VOLUNTARILY**
16  California general partnership,               **DISMISS CASE WITHOUT PREJUDICE**
17                        Plaintiffs,
18          v.
19
20  DARRYL HORVAT,
21                        Defendant.
22
23
24
25
26
27
28

STIPULATION TO VOLUNTARILY DISMISS CASE WITHOUT PREJUDICE
CASE NO. 3:08-CV-01041-SC
#41109 v1 saf

1    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs, through their counsel, and Defendant,

2    hereby stipulate to voluntarily dismiss Plaintiffs' copyright infringement claim against Defendant

3    Darryl Horvat, each party to bear its/his own fees and costs. The Clerk of Court is respectfully

4    requested to close this case.

5            IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and

6    Defendant, Plaintiffs' copyright infringement claim against Defendant Darryl Horvat is voluntarily

7    dismissed without prejudice.

8

9    DATED:  2/20/09                          DAWNIELL ALISE ZAVALA
                                              HOLME ROBERTS & OWEN LLP
10

11                                           By: _____
12                                               Dawniell Alise Zavala
                                                 Attorney for Plaintiffs
13

14

15   DATED:  2-15-09                          DARRYL HORVAT

16

17                                           By: _____
18                                               Darryl Horvat

19

20

21

22

23

24

25

26

27

28

STIPULATION TO VOLUNTARILY DISMISS CASE WITHOUT PREJUDICE
CASE NO. 3:08-CV-01041-SC
#41109 v1 saf